Case 7:19-cv-00406 Document 11 Filed on 02/10/20 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 10, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IOU CENTRAL, INC. d/b/a IOU FINANCIAL, INC., § § § Plaintiff, § VS. § LOERAS FRESH PRODUCE, INC., *et al*, § § Defendants. § | CIVIL ACTION NO. 7:19-CV-406 |

## ORDER GRANTING DEFENDANT LONE STAR NATIONAL BANK, N.A.'S MOTION TO DISMISS

Upon consideration of Defendant Lone Star National Bank, N.A.'s ("Lone Star") 12(b)(1) and 12(b)(6) Motion to Dismiss (Dkt. No. 5), which is deemed unopposed due to Plaintiff's failure to respond to the Motion within the time periods prescribed by Local Rules 7.3 and 7.4 and by this Court (Dkt. No. 8), the Court accepts that no actual controversy now exists between Plaintiff and Defendant Lone Star, and hereby **ORDERS** that the Motion is **GRANTED** and all of Plaintiff's claims against Defendant Lone Star are **DISMISSED** without prejudice.

SO ORDERED this 10th day of February, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge